489-15
Kelton Johnson

RECEIVED

MAY 18 2026

BY MAIL

To Whom Ever Concern                                              5-6-2026

My name is Kelton, C, Johnson  my constitutiona rights are in violation.

City of St. Louis, MO
STATE OF MISSOURI
VS

Kelton, Cornell, JOHNSON

CASE NO. 2422-CRO3801, was dismiss in Missouri circui court TWENTY-SECOND Judicial circuit Division 25, Feb 5, 2025. There is a court order on record by a Judge stating why the case was dismis Due To Uteresy rule -22.0⑨

Then the case was refiled under new case#2522-CR00801 Active warrant issue 03-13-2025. And a grand Jury indictment took place even though case still remains Heresy and Violates constitutional rights. "The Grand Jury would even indicte a Ham sandwich if ask to do so by the prosecutor, with no worries or about any one constitutiona rights.

On The Docket sheet record for this case I am constantly Filing on my behalf/exercisen my constitutional rights To file, Habes corpes, Fast & speedy Trial, squash warrant, Body Attachment, Nolie prosecute. Case#2522-CR00806. But The Judge, my public Deffender, & prosecutor is refusing to acknowd -ledge my constitutional, Rights my due process is violated. If charges are force on me I will appeal to highest court. (In theory a criminal case must be brought To Trial or other wise dispose of within a 120 days of indictment) Though this is rountinly waive by defendant lawyer because more Time needed. But I do not waive this nor give my public Deffender my right to do so either.

Kevin Johnson
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

I was arrested 12.28.2024 Booking #2024004156 case was dismiss 2-5-2025, Then refiled 3-13-2025. They had 60 days to reBook me on charges and serve me warrant but did not. I then left the St. Louis City Justice center on writ 6-23-2025 to go to U.S. Marshal custody for Federal guncharges unaware charges was refiled until Federal public defender notified me. I plead guilty in Federal court my judge & Federal lawyer said they did not see any paperwork that I was on a writ. I Then return back from the marshal custody to St. Louis city Jail 2-23-2026 or 2-24-2026. But was not served warrant and rebook on charges Till 3-19-2026 But This only Took place on Docket sheet not physically please look into this no one not even Felons should be deprive of the Constitutional rights I am still a Tax payer and united states citizen and according to The constitution unjustice is prohibited and at this point as of my return back from U.S marshal custody I am being held unlawfully and against my will by The city of St. Louis Justice center. please I need help my mental Health needs are not being met. my life is being gamble with unlawfully. legal private Attorney has told my family they have no Idea how I am being held but we can't afford the money they want. one private Attorney was so helpful even though we have no money he Told my mother I need to contact The Federal Courts my Constitutional Rights without doubt Are in violation.